IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-135-GCM**

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| DOCTOR DIABETIC SUPPLY, INC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant, Doctor Diabetic Supply, Inc., to allow **Keith Thomas Grumer** to appear *Pro Hac Vice*, dated June 11, 2009 [doc #11].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Grumer has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 15, 2009

Graham C. Mullen
United States District Judge