IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09CV135-GCM

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> DOCTOR DIABETIC ) </br> SUPPLY, INC., ) </br> ) </br> Defendant. ) </br>_____ ) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Motion to Compel filed July 28, 2010; Plaintiff's Motion for Partial Summary Judgment filed August 10, 2010; and Plaintiff's Motion to Exclude Witnesses filed August 10, 2010.

A hearing was held in this matter on October 7, 2010. For the reasons stated in open court,

IT IS ORDERED that Plaintiff's Motion to Compel is DENIED;

Plaintiff's Motion to Exclude Witnesses is DENIED;

and Plaintiff's Motion for Summary Judgment is DENIED without prejudice.

SO ORDERED.

Signed: October 7, 2010

Graham C. Mullen
United States District Judge