IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-135-GCM

| | |
|---|---|
| **DIAGNOSTIC DEVICES, INC.,** )<br>　　　　　　　　Plaintiff, )<br>　v. )<br> )<br>**DOCTOR DIABETIC SUPPLY, INC.,** )<br>　　　　　　　　Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this matter is rescheduled for the **December 6, 2011** term at 10:00 a.m. in Courtroom 3.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　Signed: May 17, 2011

　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　United States District Judge