UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-135-GCM

DIAGNOSTIC DEVICES, INC.,

        **Plaintiff,**

v.

DOCTOR DIABETIC SUPPLY, INC.,

        **Defendant.**

## ORDER

THIS MATTER is before the Court upon its own motion. IT IS HEREBY ORDERED that the trial date in this matter is rescheduled for the **December 5, 2011** term at 10:00 A.M. in Courtroom 3.

SO ORDERED.

Signed: September 26, 2011

Graham C. Mullen
United States District Judge