IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 3:09-CV-00135 GCM |
| v. ) | |
| ) | **ORDER** |
| DOCTOR DIABETIC SUPPLY, INC. ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation of voluntary dismissal filed by Plaintiff Diagnostic Devices, Inc ("DDI") and Defendant Doctor Diabetic Supply, Inc. ("DDS") and for good cause shown, the Court hereby enters the following Order:

It is hereby ordered that claims brought in this action are dismissed, with prejudiced. Each party is to bear its own fees and costs associated therewith.

This _16_ day of August, 2012.

*Graham C. Mullen*

Honorable Graham C. Mullen